UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

|  |  |  |
|---|---|---|
| QUINN WOOD, | ) | CASE NO. 3:17-CV-03001 |
|  | ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | **SATISFACTION OF JUDGMENT** |
|  | ) |  |
| ABCM CORPORATION and, | ) |  |
| HAMPTON MOTEL CORP., | ) |  |
|  | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**COMES NOW** ABCM Corporation, Defendant herein, and states that the Court's

Judgment in this matter for costs assessed to Plaintiff has been satisfied.

**DATED** this 12th day of March, 2018.

        **ABCM CORPORATION, and**
        **HAMPTON MOTEL CORP., Defendants**

        BY  s/ Raymond R. Aranza
            Raymond R. Aranza, AT0000554
            Jamie M. Hurst, NE #25256
            Walentine O'Toole LLP
            11240 Davenport Street
            P. O. Box 540125
            Omaha, Nebraska 68154
            Phone: (402) 330-6300
            Fax: (402) 330-6303
            raranza@womglaw.com
            jhurst@womglaw.com
            **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2018, the undersigned e-mailed the foregoing Witness

List to the following:

Harley C. Erbe, AT002430
ERBE LAW FIRM
2501 Grand Avenue
Des Moines, Iowa 50312
erbelawfirm@aol.com

s/ Raymond R. Aranza

4817-5449-4815, v. 1